UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25-CV-00237-DJH

**MICHAEL TORRENCE**                                                                 **PLAINTIFF**

**VS.**

**LAURA PLAPPERT,** *Warden*                                                         **DEFENDANT**

### ORDER

Michael Torrence filed a Petition for Writ of Habeas Corpus on April 24, 2025. (DN 1). Two months later, Petitioner moved to supplement his petition and for a briefing schedule to be set. (DN 6). The undersigned then entered an Order giving Petitioner forty days to supplement his petition and then giving Respondent Laura Plappert forty days to respond. (DN 7). The forty-day extension expired over two weeks ago, yet Petitioner neither filed his supplemental petition nor filed another motion for extension of time to do so.

**IT IS THEREFORE ORDERED as follows:**

(1) The Court will extend Petitioner's deadline for filing a supplemental petition to **September 3, 2025.** If Petitioner fails to file a supplemental petition by this date or otherwise communicate cause for his failures to do so to the Court, his opportunity to file a supplemental petition will be deemed forfeited.

(2) Respondent's deadline to respond to the petition is extended to **October 13, 2025.**

Copies:        Counsel of Record