**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**MICHAEL TORRENCE**                                                   **PETITIONER**

**v.**                                           **CIVIL ACTION: 3:25-CV-00237-DJH-RSE**

**LAURA PLAPPERT, WARDEN**                                **RESPONDENT**

## ORDER

The Court being sufficiently advised, and good cause being shown, the motion of the Respondent is GRANTED. Respondent shall file her answer by Monday, January 5, 2026.